UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CIV-20377-WILLIAMS/REID

ILHAM LAKEHAL,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on September 25, 2023 at 10:00 a.m., and the results of that conference are indicated below:

**Attendance:** Plaintiff and Plaintiff's counsel appeared. Defendant and Defendant's counsel appeared. The claims representative appeared. The mediation proceeded via Zoom.

**Outcome:** An agreement was reached; the case is SETTLED.

Dated this 25th day of September, 2023

    Respectfully submitted,
    Neil Flaxman, Esq.
    Florida Supreme Court Certified Circuit & Appellate Mediator
    L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
    L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
    Brickell City Tower, Suite 3100
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-810-2786- Fax: 305-810-2824
    E-mail: neil@flaxmanmediations.com

    By:    *s/ Neil Flaxman*
            Neil Flaxman, Esq.
            Fla. Bar No. 025299